**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

LLOYD SARA,

     Plaintiffs,

    - against -

TALCOTT RESOLUTION LIFE INSURANCE
COMPANY, AND THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

     Defendants.

---------------------------------------------------------------- X

Case No. 7:21-cv-03094-CS

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE AND
WITHOUT COSTS**

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is voluntarily dismissed, with prejudice

and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


_Fred D. Weinstein_
Fred Weinstein, Esq.
Jeffrey S. Peters
Kurzman Eisenberg Corbin & Lever, LLP
One North Broadway, 12th Floor
White Plains, NY 10601
(914) 993-6025
*Attorneys for Plaintiff*

Dated: January 25, 2022


_____
Justine N. Margolis, Esq.
Stephen G. Della Fera, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700
*Attorneys for Defendants*

Dated:  January 25 , 2022